**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| IN RE: ) | |
| GUANTÁNAMO BAY ) | Misc. No. 08-442 (TFH) |
| DETAINEE LITIGATION ) | |
| _____ ) | |
| ) | |
| ABDUL RAHMAN AHMED, ) | |
|   a/k/a ABDUL AL RAHMAN AL ZIAHRI, ) | |
|   a/k/a ABDURAHMAN LNU, ) | |
| ) | |
|       Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 09-745 (RCL) |
| ) | |
| BARACK OBAMA, ) | |
| President of the United States, _et al._, ) | |
| ) | |
|       Respondents. ) | |

## ORDER LIFTING STAY

On April 29, 2009, this Court stayed the habeas proceedings for Abdul Rahman Ahmed, a/k/a Abdul Al Rahman Al Ziahri, a/k/a/ Abdurahman LNU, at the joint request of the parties. Counsel for Mr. Ahmed filed a Motion to Lift the Stay on June 18, 2009, in light of the recent verbal authorization from Mr. Ahmed to proceed with the habeas action. Respondents do not oppose petitioner's motion.

Therefore, is ORDERED that the stay be lifted. A status conference shall be promptly scheduled to set dates for further proceedings herein.

IT IS SO ORDERED.

         ___/s/___July 8, 2009_____
         JUDGE ROYCE C. LAMBERTH
         UNITED STATES DISTRICT JUDGE